FILED: October 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2180
(4:23-cv-00193-D-RN)

_____

RODNEY D. PIERCE; MOSES MATTHEWS

        Plaintiffs - Appellants

v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS; FRANCIS X. DE LUCA, in his official capacity as Chair of the North Carolina State Board of Elections; STACY "FOUR" EGGERS, IV, in his official capacity as Secretary of the North Carolina State Board of Elections; JEFF CARMON, III, in his official capacity as a member of the North Carolina State Board of Elections; SIOBHAN MILLEN, in her official capacity as a member of the North Carolina State Board of Elections; ROBERT RUCHO, in his official capacity as a member of the North Carolina State Board of Elections; PHILLIP E. BERGER, in his official capacity as President Pro Tem of the North Carolina Senate; DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives

        Defendants - Appellees

_____

O R D E R

_____

The court substitutes Francis De Luca, Robert Rucho and Destin Hall for Alan Hirsch, Kevin Lewis and Timothy Moore as parties to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk