# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 8, 2025

_____

RESPONSE REQUESTED

_____

No.  25-2180,    <u>Rodney Pierce v. North Carolina State Board of Elections</u>
4:23-cv-00193-D-RN

TO:   Stacy "Four" Eggers
      Phillip E. Berger
      Francis X. De Luca
      Destin Hall
      North Carolina State Board of Elections
      Robert Rucho
      Jeff Carmon
      Siobhan Millen

RESPONSE DUE: 10/14/2025

Response is required to the motion for initial hearing en banc on or before 10/14/2025.

R. Sewell, Deputy Clerk
804-916-2702