FILED: February 6, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2180
(4:23-cv-00193-D-RN)
_____

RODNEY D. PIERCE; MOSES MATTHEWS

       Plaintiffs - Appellants

v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS; FRANCIS X. DE LUCA, in his official capacity as Chair of the North Carolina State Board of Elections; STACY "FOUR" EGGERS, IV, in his official capacity as Secretary of the North Carolina State Board of Elections; JEFF CARMON, III, in his official capacity as a member of the North Carolina State Board of Elections; SIOBHAN MILLEN, in her official capacity as a member of the North Carolina State Board of Elections; ROBERT RUCHO, in his official capacity as a member of the North Carolina State Board of Elections; PHILLIP E. BERGER, in his official capacity as President Pro Tem of the North Carolina Senate; DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives

       Defendants - Appellees

_____

O R D E R
_____

Upon consideration of appellants' unopposed motion to exceed the length limitations of Fed. R. App. P. 32(a)(7) and Local Rule 32(b), the court grants the

motion and grants leave to file a response brief not in excess of 16,000 words and a reply brief not in excess of 8,000 words.

    For the Court

    /s/ Nwamaka Anowi, Clerk