No. 25-2180

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

RODNEY PIERCE and MOSES MATTHEWS,
Plaintiffs-Appellants,
v.
NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,
Defendants-Appellees.

On Appeal from the United States District Court
for the Eastern District of North Carolina
Hon. James C. Dever III, No. 23-cv-193-D

**RULE 42 STIPULATION OF DISMISSAL**

Mary Louise Lucasse
NORTH CAROLINA
 DEPARTMENT OF JUSTICE
P. O. Box 629
Raleigh, NC 27602-0629
(919) 716-6000

*Counsel for State Board
Defendants-Appellees*

Phillip J. Strach
Alyssa M. Riggins
Cassie A. Holt
Jordan A. Koonts
Alexandra M. Bradley
NELSON MULLINS RILEY &
 SCARBOROUGH LLP
301 Hillsborough Street
Suite 1400
Raleigh, North Carolina 27603

Elisabeth S. Theodore
R. Stanton Jones
Orion de Nevers
ARNOLD & PORTER
 KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
elisabeth.theodore@arnoldporter.com

Caroline P. Mackie
Edwin M. Speas, Jr.
POYNER SPRUILL LLP
Post Office Box 1801
Raleigh, NC 27602-1801
(919) 783-1108
cmackie@poynerspruill.com
espeas@poynerspruill.com

*Counsel for Plaintiffs-Appellants*

(919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com
alex.bradley@nelsonmullins.com

Allen J. Dickerson
Richard B. Raile
Katherine L. McKnight
Trevor M. Stanley
BAKER HOSTETLER LLP
1050 Connecticut Avenue NW,
Suite 1100
Washington, DC 20036
(202) 861-1500
adickerson@bakerlaw.com
rraile@bakerlaw.com
kmcnight@bakerlaw.com
tstanley@bakerlaw.com

Patrick T. Lewis
BAKER HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
(216) 621-0200
plewis@bakerlaw.com

Erika D. Prouty
BAKER HOSTETLER LLP
244 Daniel Burnham Square
Columbus, OH 43215-4138
(614) 228-1541
eprouty@bakerlaw.com

*Counsel for Legislative
Defendants-Appellees*

## RULE 42 STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellants Rodney D. Pierce and Moses Matthews, Legislative Defendant Appellees, and State Board Appellees ("the Parties"), by and through their undersigned counsel, hereby stipulate that this appeal shall be dismissed with prejudice. The Parties further stipulate that fees and costs are being resolved by agreement among the Parties. Appellants shall make an agreed-upon payment of costs to Legislative Defendants no later than 60 days after the filing of this stipulation, and Legislative Defendants agree that such agreed-upon payment will resolve any claim for fees or costs in the trial court and in this Court. The State Board Appellees stipulate that they will not seek any fees or costs in the trial court or in this Court.

1

Dated: May 11, 2026

Respectfully submitted,

/s/ *Mary Louise Lucasse*
Mary Louise Lucasse
NORTH CAROLINA
  DEPARTMENT OF JUSTICE
P. O. Box 629
Raleigh, NC 27602-0629
(919) 716-6000

*Counsel for State Board*
*Defendants-Appellees*

/s/ *Alyssa M. Riggins*
Phillip J. Strach
Alyssa M. Riggins
Cassie A. Holt
Jordan A. Koonts
Alexandra M. Bradley
NELSON MULLINS RILEY &
  SCARBOROUGH LLP
301 Hillsborough Street
Suite 1400
Raleigh, North Carolina 27603
(919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com
alex.bradley@nelsonmullins.com

Allen J. Dickerson
Richard B. Raile
Katherine L. McKnight
Trevor M. Stanley
BAKER HOSTETLER LLP
1050 Connecticut Avenue NW,
Suite 1100

/s/ *Elisabeth S. Theodore*
Elisabeth S. Theodore
R. Stanton Jones
Orion de Nevers
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
elisabeth.theodore@arnoldporter.com

Caroline P. Mackie
Edwin M. Speas, Jr.
POYNER SPRUILL LLP
Post Office Box 1801
Raleigh, NC 27602-1801
(919) 783-1108
cmackie@poynerspruill.com
espeas@poynerspruill.com

*Counsel for Plaintiffs-Appellants*

2

Washington, DC 20036
(202) 861-1500
adickerson@bakerlaw.com
rraile@bakerlaw.com
kmcnight@bakerlaw.com
tstanley@bakerlaw.com

Patrick T. Lewis
BAKER HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
(216) 621-0200
plewis@bakerlaw.com

Erika D. Prouty
BAKER HOSTETLER LLP
244 Daniel Burnham Square
Columbus, OH 43215-4138
(614) 228-1541
eprouty@bakerlaw.com

*Counsel for Legislative
Defendants-Appellees*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically on May 11, 2026, and will, therefore, be served electronically upon all counsel.

/s/ *Elisabeth S. Theodore*
Elisabeth S. Theodore

4