FILED: May 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2180
(4:23-cv-00193-D-RN)

_____

RODNEY D. PIERCE; MOSES MATTHEWS

        Plaintiffs - Appellants

v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS; FRANCIS X. DE
LUCA, in his official capacity as Chair of the North Carolina State Board of Elections;
STACY "FOUR" EGGERS, IV, in his official capacity as Secretary of the North
Carolina State Board of Elections; JEFF CARMON, III, in his official capacity as a
member of the North Carolina State Board of Elections; SIOBHAN MILLEN, in her
official capacity as a member of the North Carolina State Board of Elections; ROBERT
RUCHO, in his official capacity as a member of the North Carolina State Board of
Elections; PHILLIP E. BERGER, in his official capacity as President Pro Tem of the
North Carolina Senate; DESTIN C. HALL, in his official capacity as Speaker of the
North Carolina House of Representatives

        Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court

dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk